B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Turner, Ronald Harold Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Turner, Patricia Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Patricia Stokes-Turner** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4211** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2297** |
| Street Address of Debtor (No. and Street, City, and State):<br>**17531 William Street**<br>**Lansing, IL**<br>ZIP Code **60438** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**17531 William Street**<br>**Lansing, IL**<br>ZIP Code **60438** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1209**<br>**Dolton, IL**<br>ZIP Code **60419** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 1209**<br>**Dolton, IL**<br>ZIP Code **60419** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Turner, Ronald Harold Jr.**<br>**Turner, Patricia Ann** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  9/26/08<br>     Signature of Attorney for Debtor(s)        (Date)<br>     **Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Turner, Ronald Harold Jr. |
| | Turner, Patricia Ann |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ronald Turner Sr._
Signature of Debtor  **Ronald Harold Turner, Jr.**

X _Patricia Turner_
Signature of Joint Debtor **Patricia Ann Turner**

Telephone Number (If not represented by attorney)

Date  9/26/08

### Signature of Attorney*

X _[signature]_
Signature of Attorney for Debtor(s)
**Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan**
Printed Name of Attorney for Debtor(s)
**Melvin J. Kaplan & Associates P.C.**
Firm Name
**55 E. Jackson Blvd.**
**Suite 650**
**Chicago, IL 60604**
Address

**Email: www.financialrelief.com**
**(312)294-8989  Fax: (312)294-8995**
Telephone Number
9/26/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ronald Harold Turner, Jr.**
      **Patricia Ann Turner**                             Case No. _____

                                      Debtor(s)             Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: X _____
Ronald Harold Turner, Jr.

Date: 9-26-08

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ronald Harold Turner, Jr.**
        **Patricia Ann Turner**
                            Debtor(s)

Case No. _____
Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: X _____
                              Patricia Ann Turner

Date: ___9-26-08___

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
  Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
  Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

  A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

  I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Melvin J. Kaplan, Bennett A. Kahn, Rae Kaplan _____    X _____    9/26/08
  Printed Name of Attorney                              Signature of Attorney       Date
  Address:
  55 E. Jackson Blvd.
  Suite 650
  Chicago, IL 60604
  (312)294-8989

**Certificate of Debtor**

  I (We), the debtor(s), affirm that I (we) have received and read this notice.

Ronald Harold Turner, Jr.
Patricia Ann Turner _____    X _____    9-26-08
  Printed Name of Debtor                          Signature of Debtor       Date

Case No. (if known) _____    X _____    9-26-08
                                                  Signature of Joint Debtor (if any)  Date

1st Consumer Natl/Account Receivab
c/o Steven J. Fink
25 E. Washington, #1233
Chicago, IL 60602


ACC Consumer Finance
P.O. Box 60608
Los Angeles, CA 90060-0608


ACME Continental Credit Union
13601 S. Perry Ave.
Riverdale, IL 60827


Advance America-Cash Advance Center
17655 S. Torrence Ave.
Lansing, IL 60438


Advanced Collection Systems, Inc.
1304 Vale Park Road
Valparaiso, IN 46383


Alliance Asset Management
3330 George Town Sq., Room 104
Wood Dale, IL 60191


Allied Interstate
Consumer Services Dept.
P.O. Box 361477
Columbus, OH 43236


America's Financial Choice
1107 E. Sibley Blvd.
Dolton, IL 60419


America's Financial Choice
10302 S. Halsted
Chicago, IL 60628


Americash Loans
17320 Torrence Ave.
Lansing, IL 60438

Amircash Loans, Inc.
c/o Checkbook Loan Dept.
880 Le St., Ste. 302
Des Plaines, IL 60016


Angela's Beuty Supply (WAMU)
c/o Secure Payment Systems, Inc.
P.O. Box 261149
San Diego, CA 92196


Aronson Furniture Co.
c/o Freedman Anselmo Lindberg & Rap
P.O. Box 3228
Naperville, IL 60566-7228


Arrow Services
5996 W. Touhy Avenue
Niles, IL 60714


AT&T
c/o Allied Interstate
P.O. Box 369008
Columbus, OH 43236


AT&T*/SBC
Bankruptcy Dept., attn: Linda Adams
6021 S. Rio Grande, 1st Floor
Orlando, FL 32859


Bad Check Recovery
1 Encircle Plaza
1691 N.W. 107th Ave.
Miami, FL 33172-2707


Bank Financial


Blockbuster
c/o P.O. Box 802068
Dallas, TX 75380


Brother Loan

Bucci For Men


Calumet Bakery


Capital Recovery
4505 N. Front Street
P.O. Box 67555
Harrisburg, PA 17106-7555


Car Financial Serv., Inc. D/B/A
ACC Consumer Finance
10770 Wateridge Circle, Ste. 250
San Diego, CA 92121


Car Financial Serv., Inc. D/B/A
ACC Consumer Finance
10770 Wateridge Circle, Ste. 250
San Diego, CA 92121


Cardiology Associates Of NW Indiana
P.O. Box 3539
Munster, IN 46321-0539


Cash Advance USA
P.O. Box 025724
Miami, FL 33102


Cash Now Colorado
1141 N. 25th
Grand Junction, CO 81501


Cashland Financial Services, Inc.
19372 S. Halsted Street
Glenwood, IL 60425


CashNet500.com


CB USA
Muenich Court & Hohman Ave.
P.O. Box 8000
Hammond, IN 46325-8000

```
CCA Ed Administrative Unit
P.O. Box 5369
Norwell, MA 02061-5369


CCSI
P.O. Box 10428
Merrillville, IN 46411


CCV
P.O. Box 1268
Bothell, WA 98041-1268


Certegy Payment Recovery Services
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716


Check & Go D/B/A
Great Lakes Specialty Finance, Inc.
320 Ridge ROad
Munster, IN 46321


Check Into Cash
17655 Torrence Ave.
Lansing, IL 60438


Checks Unlimited


Chex Systems Consumer Relations
12005 FOrd Road, Ste. 600
Dallas, TX 75234


Citizens Bank
P.O. Box 15137
Wilmington, DE 19886


City of Chicago Dept. of Revenue*
Bureau of Parking - Bankruptcy
333 S. State Street, Ste. 540
Chicago, IL 60604-3977


Claire's Boutique
```

Clear Check Payment Solutions, LLC
P.O. Box 27087
Greenville, SC 29616-2087


CMI Credit Mangement
P.O. Box 118288
Carrollton, TX 75011-8288


Coastline Credit LTD.
300-433 Main Street
Winnipeg, MB 30092


ComCast Cable
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
c/o NCO Financial Systems
P.O. Box 41457
Philadelphia, PA 19101-1457


ComEd*
Attn: Bankruptcy Dept.
2100 Swift Drive
Oak Brook, IL 60523


Commercial Check Control
7250 Beverly Blvd., Ste. 200
Los Angeles, CA 90036


Commercial Check Control
7250 Beverly Blvd., Ste. 200
Los Angeles, CA 90036


Community Healthcare System
P.O. Box 3602
Munster, IN 46321


Community Hospital
P.O. Box 3602
Munster, IN 46321


Concordia Apartments

Cook County State's Attorney
Bad Check Restitution Program
P.O. Box A 3984
Chicago, IL 60604


Corus Bank


CPS Security
P.O. Box 782408
San Antonio, TX 78278


CPS Security
P.O. Box 782408
San Antonio, TX 78278


Credit Mgmt. Control
P.O. Box 589
Waukesha, WI 53187-0589


Credit Mgmt. Control
P.O. Box 589
Waukesha, WI 53187-0589


Credit Protection Association
13355 Noel Road
Dallas, TX 75240


Credit Protection Association
P.O. Box 9037
Addison, TX 75001-9037


Credit Union Riverdale


Crosscheck
P.O. Box 6008
Petaluma, CA 94955


CVS Pharmacy

Debt Credit Sevices
2493 Romig Rd.
Akron, OH 44320


Detex Agency & Assoc.
P.O. Box 383
Decorah, IA 52101-0383


Direct Auto Insurance
330 S. Wells, Ste. 910
Chicago, IL 60606


Dominick's
c/o Safeway Inc.
P.O. Box 1128
San Ramon, CA 94583-1128


Economy Interiors, Inc.
6162 Broadway
Merrillville, IN 46410


Eden Green Apartments


Encircle Check Collections
1 Encircle Plaza
1691 N.W. 107th Ave.
Miami, FL 33172-2707


Enterprise Rent-A-Car
Attn: Account Receivables
3270 W. Lincoln Highway
Park Forest, IL 60466-1085


Enterprise Rent-A-Car
Attn: Account Receivables
3270 W. Lincoln Highway
Park Forest, IL 60466-1085


Esence (Preferred Subscriber)
P.O. Box 60001
Tampa, FL 33660-0001

Family Dollar/Washington Mutual Ban
c/o ROI Services, INc.
P.O. Box 2488
Reston, VA 20195-0488


Fingerhut
P.O. Box 5033
Sioux Falls, SD 57117-5033


First Choice Loans Brach #487
1513 Sibley Blvd.
Calumet City, IL 60409


First Premier Bank*
P.O. Box 5524
Sioux Falls, SD 57117-5524


FMS, Inc.
P.O. Box 707600
Tulsa, OK 74170


Food Market Lansing


Founders Insurance
1645 E. Birchwood Ave.
Des Plaines, IL 60018


Gaming Loan


Gateway Chevrolet


Global Cash


Good Year/CBSD
P.O. Box 6003
Hagerstown, MD 21747-6003


Hall & Associates
560 Route 303, Ste. 209
Orangeburg, NY 10962

Harris & Harris
600 W. Jackson Blvd, #400
Chicago, IL 60661


Harris & Harris
600 W. Jackson Blvd, #400
Chicago, IL 60661


Heller & Frisone LTD
33 North LaSalle St., Ste. 1200
Chicago, IL 60602


Helvey & Associates
1015 E. Center Street
Warsaw, IN 46580


Hollywood Video
16839 Torrence Ave.


Hyatt Regency Chicago
151 E. Wacker Drive
Chicago, IL 60601


Hyatt Regency Chicago
P.O. Box 2667
Carol Stream, IL 60132-2667


Hyatt Regency Chicago
P.O. Box 2667
Carol Stream, IL 60132-2667


I.R.S.*
P.O. Box 21125
Philadelphia, PA 19114


I.R.S.*
P.O. Box 21125
Philadelphia, PA 19114


I.R.S.*
P.O. Box 21125
Philadelphia, PA 19114

IL Dept. of Revenue
c/o Harvard Collection Services, In
4839 N. Elston Avenue
Chicago, IL 60630-2534


IL Dept. of Revenue
Bankruptcy Section - Level 7-400
100 W. Randolph
Chicago, IL 60601


IL Dept. of Revenue
P.o. Box 19035
Springfield, IL 62794


IL Dept. of Revenue*
Office of Collection Section
P.O. Box 64449-Attn: L. Campbell
Chicago, IL 60664-0449


Illinois Dept. of Revenue
c/o Harvard Collection
4839 N. Elston
Chicago, IL 60630


Illinois Title Loan


Instant Cash Advance


Jackson Park Hospital


K-Mart
c/ America's Recovery Network, Inc.
P.O. Box 120643
Covington, KY 41012-0643


Lake Imaging LLC
55 E. 86th Ave., Ste. A
P.O. Box 10645
Merrillville, IN 46411-0645


Lansing Vegatable Stand

Lighthouse Title Loan


Lillie Lacey


Linebarger Goggan Blair & Sampson
600 17th Street, Ste. 800N
Denver, CO 80202-5462


M.C.C.
P.O. Box 538
Eau Claire, WI 54702-0538


MCI
c/o AFNI, Inc.
P.O. Box 3427
Bloomington, IL 61702-3427


Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL 60068


Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL 60068


Medical Business Bureu, LLC
1175 Devin Drive, Ste 171
Norton, MI 49441


Meijer
P.O. Box 1
Attn: Returned Checks Dept.
Grand Rapids, MI 49501


Meijer Inc.
c/o United Collection Bureau
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614-1501


Meijer Inc.
c/o United Collection Bureau
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614-1501

```
Menards*
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521


Menards*
Retail Services
P.O. Box 15521
Wilmington, DE 19850-5521


Merchants & Medical Credit Corp.
6324 Taylor Drive
Flint, MI 48507-4685


Michaels
c/o United Compucred Collections, I
P.O. Box 633373
Cincinnati, OH 45263-3373


Michaels
c/o United Compucred Collections, I
P.O. Box 633373
Cincinnati, OH 45263-3373


Mira Med Revenge Group, LLC
Pellettieru & Assoc.
P.O. Box 536
Linden, MI 48451-0536


MUTL H CLLTN


National Quick Cash
8502 S. Cicero
Burbank, IL 60459


NCO - Medical
507 Prudential Road
Horsham, PA 19044


Nicor Gas
c/o Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2039
```

Nicor Gas
c/o NCO Financial
P.O. Box 15740
Wilmington, DE 19850-5740


Nicor Gas*
Attn: Bankruptcy Dept
P.O. Box 549
Aurora, IL 60507


Nicor Gas*
Attn: Bankruptcy Dept
P.O. Box 549
Aurora, IL 60507


Northwest Insurance
330 S. Wells Street
Chicago, IL 60606


Northwest Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690


Pathology Associates of Chicago LTD
P.O. Box 88487
Chicago, IL 60680-1487


Patricia Towns
c/o Raymond Hough Jr.
9300 S. Ashland Ave.
Chicago, IL 60620


Payday Loan Store
9920 S. Western Avenue
Chicago, IL 60643


Payday Loan Store of Illinois, Inc.
177 W. Lake Street
Chicago, IL 60601


Payday Loan Store of Illinois, Inc.
337 S. Franklin
Chicago, IL 60606

Payday Loan Store of Illinois, Inc.
1215 E. 87th Street
Chicago, IL 60619


Payday Loan Store of Illinois, Inc.
337 S. Franklin
Chicago, IL 60606


Payday Loan Store of Illinois, Inc.
4838 S. Cicero Ave.
Chicago, IL 60638


Payday Loan Store of Illinois, Inc.
1006B 162nd Street
South Holland, IL 60473


Payday Loan Store of Illinois, Inc.
16909 Torrence Ave.
Lansing, IL 60438


Payday Loan Store of Illinois, Inc.
1657 Sibley Road
Calumet City, IL 60409


Peoples Gas*
ATTN: Bankruptcy Dept.
130 E. Randolph Drive, 14th Floor
Chicago, IL 60601


PFG of Minnesota
Dept. 673
P.O. Box 4115
Concord, CA 94524


Pinnacle Credit Services, Inc.
7900 Highway 7
Minneapolis, MN 55426


Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541


Pradeep & Urmi Kalokhe M.D., P.C.
P.O. Box 9208
Highland, IN 46322

Progressive Management
1521 W. Cameron Avenue
P.O. Box 2220
West Covina, CA 91793


Public Storage
c/o M&M Credit


Public Storage (25493)
2115 Bernice Raod
Lansing, IL 60438


Quick Payday Inc.
87 E. 1400 North
Logan, UT 84341


Radiology


Ralphs
c/o Kroger Check Recovery Center
P.O. Box 30650
Salt Lake City, UT 84130-0650


Richard P. Komyatte & Associates, P
9650 Gordon Drive
Highland, IN 46322


Richard R. Della Croce
9447 W. 144th Place, Ste. 100
Orland Park, IL 60462


Sandler Shoes
3313 Ridge Road
Lansing, IL 60438


Signature Loan


Sprint*
Customer Service
P.O. Box 8077
London, KY 40742

St. Edwards/Elizabeth Hospital


St. Margaret Mercy
5454 Hohman Avenue
Hammond, IN 46320


St. Margaret Mercy
37621 Eagle Way
Chicago, IL 60678-1376


St. Margaret Mercy
37621 Eagle Way
Chicago, IL 60678-1376


State of IL Dept. of Employment Sec
Benefit Payment Control
P.O. Box 4385
Chicago, IL 60680-4385


Strack & Van Til 8789--Munster/NSF
c/o Jonathan R. O'Hara
1304 Vale Park Road
Valparaiso, IN 46383


Stuarts


Sun Cash
598 S. Torrence
Calumet City, IL 60409


Target*
Target National Bank
3901 W. 53rd Street
Sioux Falls, SD 57106-4216


TCF Bank
c/o Professional Account Management
P.O. Box 391
Milwaukee, WI 53201-0391

TCF Bank
c/o Professional Account Management
P.O. Box 391
Milwaukee, WI 53201-0391


Telecheck
P.O. Box 4451
Houston, TX 77210-4451


Teletrack
c/o 155 Technology Pkwy., Ste. 800
Norcross, GA 30092


Timothy Y. Deinema
Attny. Daniel V. Hanley
2854 Bernice Road
Lansing, IL 60438


Title Lenders/USA Payday Loan
428 E. 162nd St.
South Holland, IL 60473


Torres Credit Services, Inc./ComEd
P.O. Box 189
Carlisle, PA 17013


Transworld Systems, Inc.
25 Northwest Point Blvd., #750
Elk Grove Village, IL 60007


Tri-State Financial Svcs., Inc.
1258 Burnham Ave.
Calumet City, IL 60409


TRS Recovery
5251 Westheimer
Houston, TX 77056


True Logic Financial Corp.
P.O. Box 37980
Oak Park, MI 48237


Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321

U.S. Dept. of Education Federal Off
P.O. Box 5227
Greenville, TX 75403


U.S. Dept. of Education*
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609


United Cash Loans


University of Chicago Medical Cente
1122 Paysphere Circle
Chicago, IL 60674


University of Chicago Physician Gro
75 Remittance Drive, Ste. 1385
Chicago, IL 60675-1385


Uptown Cash
8641 S. Cottage Grove Ave.
Chicago, IL 60619


US Cash IL, LLC D/B/A
The Loan Machine
1567 Sibley Blvd.
Calumet City, IL 60409


Value City
c/o Certegy Payment Recovery Servic
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716


Value City
c/o Certegy Payment Recovery Servic
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716


Various On-Line Loans


Vicky Bostick

Walgreens
c/o Check Plus Sysytems
P.O. Box 33698
San Antonio, TX 78265-3698


Walomahk Mgmt
c/o David M. Steadman
6247 S. Pulaski
Chicago, IL 60629


Washington Mutual Bank
c/o Tate & Kirlin Assoc.
2810 Southampton Road
Philadelphia, PA 19154


Washington Mutual Bank
c/o ER Solutions, Inc.
800 SW 39th St., P.O. Box 9004
Renton, WA 98057


West Asset Management
P.O. Box 2348
Sherman, TX 75091


West Asset Management
P.O. Box 790113
Saint Louis, MO 63179-0013


www.mypayday.com


Yale Insurance
450 E. Roosevelt Road
Lombard, IL 60148